# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH CHRISTENSEN on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SUR LA TABLE, INC.,<br><br>                    Defendant. | Civil Action No.: 1:13-cv-11357-GAO |

## JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Plaintiff Elizabeth Christensen ("Plaintiff") and defendant Sur La Table, Inc. ("Sur La Table") (collectively, the "Parties") hereby respectfully move the Court to enlarge the time in which Sur La Table may answer or otherwise respond to Plaintiff's Class Action Complaint ("Complaint") up through and including Wednesday, September 11, 2013. In support of this Motion, the Parties state as follows:

1.      On June 6, 2013, Plaintiff filed the Complaint in this matter. See Docket No. 1.[1]

2.      On June 11, 2013, Plaintiff provided Sur La Table with a Waiver of Service form pursuant to Fed. R. Civ. P. 4(d) and a copy of the Complaint. Sur La Table executed the Waiver of Service on June 18, 2013. See Docket No. 8.

3.      Pursuant to Fed. R. Civ. P. 4(d)(3), Sur La Table's deadline to answer or otherwise respond to the Complaint is Monday, August 12, 2012.

4.      The Parties, through their counsel, have initiated discussions regarding a possible

---

[1] Plaintiff also filed a Motion for Class Certification on June 6, 2013. See Docket No. 2. Plaintiff acknowledges that the Motion was filed before Sur La Table appeared in this matter and that Plaintiff has not filed the memorandum of law in support as required under D. Mass. Local Rule 7.1(B)(1) such that the Motion is not yet ripe for review. See id. at p. 8. Sur La Table reserves its right to oppose the Motion for Class Certification in the event that it becomes ripe for review at a future date.

resolution of the claims that Plaintiff asserts in the Complaint, but require additional time to pursue those discussions.

5. Accordingly, and as set forth below, pursuant to D. Mass. Local Rule 7.1(A)(2), counsel for the Parties have conferred and agreed to enlarge the time in which Sur La Table may serve and file its answer, motion to dismiss, or other response to the Complaint by thirty (30) days to and including Wednesday, September 11, 2013.

6. This motion is made in good faith and is not interposed for delay or any other improper purpose. The Parties require time to explore whether a resolution of this matter is possible before further legal expense is incurred by the Parties. The Parties also seek the relief herein to preserve time and judicial resources in the event that their discussions are fruitful.

**WHEREFORE**, plaintiff Elizabeth Christensen and defendant Sur La Table, Inc. respectfully request that the Court (1) grant this Motion; (2) enter an Order enlarging the time in which Sur La Table may answer or otherwise respond to the Complaint to and including Wednesday, September 11, 2013; and (3) grant such other relief as the Court deems just and necessary.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ELIZABETH CHRISTENSEN, | SUR LA TABLE, INC., |
| By her attorneys, | By its attorneys, |
| */s/ Joseph J. Siprut* | */s/ Roger L. Smerage* |
| Alexander Shapoval (BBO#654543) | David J. Byer (BBO #544411) |
| ashapoval@siprut.com | david.byer@klgates.com |
| SIPRUT PC | Andrew C. Glass (BBO #638362) |
| 1 Winnisimmet Street | andrew.glass@klgates.com |
| Chelsea, MA 02150 | Roger L. Smerage (BBO #675388) |
| Tel.: (617) 889-5800 | roger.smerage@klgates.com |
| Fax: (617) 884-3005 | K&L GATES LLP |
|  | State Street Financial Center |
| Joseph J. Siprut (*pro hac vice*) | One Lincoln Street |
| jsiprut@siprut.com | Boston, MA 02111-2950 |
| Aleksandra M.S. Vold (*pro hac vice*) | Tel.: (617) 261-3100 |
| avold@siprut.com | Fax: (617) 261-3175 |
| SIPRUT PC |  |
| 17 North State Street, Suite 1600 |  |
| Chicago, IL 60602 |  |
| Tel.: (312) 236-0000 |  |
| Fax: (312) 948-9196 |  |

Dated:  August 5, 2013

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that counsel for defendant Sur La Table, Inc. has conferred with counsel for Plaintiff regarding the issues presented by this Motion and has attempted in good faith to resolve or narrow the issues.  Counsel for Plaintiff have indicated that they agree to the relief request in this Motion.

*/s/ Andrew C. Glass*
Andrew C. Glass

**CERTIFICATE OF SERVICE**

      I hereby certify that this **Joint Motion for Enlargement of Time to Respond to Complaint** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 5, 2013.

                                       */s/ Roger L. Smerage*
                                       Roger L. Smerage