**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELIZABETH CHRISTENSEN on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SUR LA TABLE, INC.,<br><br>　　　　　　　Defendant. | Civil Action No.: 1:13-cv-11357-GAO |

**JOINT MOTION FOR FURTHER**
**ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Plaintiff Elizabeth Christensen ("Plaintiff") and defendant Sur La Table, Inc. ("Sur La Table") (collectively, the "Parties") hereby respectfully move the Court to further enlarge the time in which Sur La Table may answer or otherwise respond to Plaintiff's Class Action Complaint ("Complaint") up to and including Friday, October 11, 2013.  In support of this Motion, the Parties state as follows:

1.　　　On June 6, 2013, Plaintiff filed the Complaint in this matter.  See Docket No. 1.

2.　　　On June 11, 2013, Plaintiff provided Sur La Table with a Waiver of Service form pursuant to Fed. R. Civ. P. 4(d) and a copy of the Complaint.  Sur La Table executed the Waiver of Service on June 18, 2013.  See Docket No. 8.

3.　　　On August 5, 2013, the Parties jointly moved for an enlargement of time for Sur La Table to respond to the Complaint, see Docket No. 13, which motion the Court granted, see Docket No. 14.

4.　　　Sur La Table's current deadline to answer or otherwise respond to the Complaint is Wednesday, September 11, 2013.

5.      The Parties, through their counsel, have engaged in on-going discussions, and have made specific proposals, regarding a possible resolution of the claims that Plaintiff asserts in the Complaint, but require additional time to pursue those discussions and review those proposals.

6.      Accordingly, and as set forth below, pursuant to D. Mass. Local Rule 7.1(A)(2), counsel for the Parties have conferred and agreed to enlarge the time in which Sur La Table may serve and file its answer, motion to dismiss, or other response to the Complaint by thirty (30) days to and including Friday, October 11, 2013.

7.      This motion is made in good faith and is not interposed for delay or any other improper purpose.  The Parties require time to explore whether a resolution of this matter is possible before further legal expense is incurred by the Parties.  The Parties also seek the relief herein to preserve time and judicial resources in the event that their discussions are fruitful.

**WHEREFORE**, plaintiff Elizabeth Christensen and defendant Sur La Table, Inc. respectfully request that the Court (1) grant this Motion; (2) enter an Order enlarging the time in which Sur La Table may answer or otherwise respond to the Complaint to and including Friday, October 11, 2013; and (3) grant such other relief as the Court deems just and necessary.

Respectfully submitted,

ELIZABETH CHRISTENSEN,

By her attorneys,

*/s/ Joseph J. Siprut (by permission)*
Alexander Shapoval (BBO#654543)
    ashapoval@siprut.com
SIPRUT PC
1 Winnisimmet Street
Chelsea, MA 02150
Tel.: (617) 889-5800
Fax: (617) 884-3005

Joseph J. Siprut (*pro hac vice*)
    jsiprut@siprut.com
Aleksandra M.S. Vold (*pro hac vice*)
    avold@siprut.com
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602
Tel.: (312) 236-0000
Fax: (312) 948-9196

Dated:  September 5, 2013

Respectfully submitted,

SUR LA TABLE, INC.,

By its attorneys,

*/s/ Andrew C. Glass*
David J. Byer (BBO #544411)
    david.byer@klgates.com
Andrew C. Glass (BBO #638362)
    andrew.glass@klgates.com
Roger L. Smerage (BBO #675388)
    roger.smerage@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that counsel for defendant Sur La Table, Inc. has conferred with counsel for Plaintiff regarding the issues presented by this Motion and has attempted in good faith to resolve or narrow the issues.  Counsel for Plaintiff have indicated that they agree to the relief request in this Motion.

*/s/ Andrew C. Glass*
Andrew C. Glass

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this **Joint Motion for Further Enlargement of Time to Respond to Complaint** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on September 5, 2013.

*/s/ Andrew C. Glass*
Andrew C. Glass