**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELIZABETH CHRISTENSEN on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SUR LA TABLE, INC.,<br><br>                    Defendant. | Civil Action No.: 1:13-cv-11357-GAO |

**JOINT MOTION FOR ADDITIONAL**
**ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Plaintiff Elizabeth Christensen ("Plaintiff") and defendant Sur La Table, Inc. ("Sur La Table") (collectively, the "Parties") hereby respectfully move the Court to further enlarge the time in which Sur La Table may answer or otherwise respond to Plaintiff's Class Action Complaint ("Complaint") up to and including Tuesday, November 12, 2013.  In support of this Motion, the Parties state as follows:

1. On June 6, 2013, Plaintiff filed the Complaint in this matter.  See Docket No. 1.

2. On June 11, 2013, Plaintiff provided Sur La Table with a Waiver of Service form pursuant to Fed. R. Civ. P. 4(d) and a copy of the Complaint.  Sur La Table executed the Waiver of Service on June 18, 2013.  See Docket No. 8.

3. On August 5, 2013, the Parties jointly moved for an enlargement of time for Sur La Table to respond to the Complaint, see Docket No. 13, which motion the Court granted, see Docket No. 14.

4. On September 5, the Parties jointly moved for a further enlargement of time for Sur La Table to respond to the Complaint, see Docket No. 15, which motion the Court granted, see Docket No. 16.

5. Sur La Table's current deadline to answer or otherwise respond to the Complaint is Friday, October 11, 2013.

6. The Parties, through their counsel, have exchanged substantive proposals regarding a possible resolution of the claims that Plaintiff asserts in the Complaint and are working diligently to discuss possible compromise of those claims. The Parties require additional time to continue these discussions.

7. Accordingly, and as set forth below, pursuant to D. Mass. Local Rule 7.1(A)(2), counsel for the Parties have conferred and agreed to enlarge the time in which Sur La Table may serve and file its answer, motion to dismiss, or other response to the Complaint by thirty (30) days to and including Tuesday, November 12, 2013.[1]

8. This motion is made in good faith and is not interposed for delay or any other improper purpose. The Parties require additional time to further discussions regarding whether a resolution of this matter is possible before further legal expense is incurred by the Parties. The Parties also seek the relief herein to preserve time and judicial resources in the event that their discussions are fruitful.

**WHEREFORE**, plaintiff Elizabeth Christensen and defendant Sur La Table, Inc. respectfully request that the Court (1) grant this Motion; (2) enter an Order enlarging the time in which Sur La Table may answer or otherwise respond to the Complaint to and including Tuesday, November 12, 2013; and (3) grant such other relief as the Court deems just and necessary.

---

[1] Monday, November 11, 2013 is Veterans' Day, a legal holiday. See Fed. R. Civ. P. 6(a)(6).

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ELIZABETH CHRISTENSEN, | SUR LA TABLE, INC., |
| By her attorneys, | By its attorneys, |
| */s/ Joseph J. Siprut (with permission)* | */s/ Andrew C. Glass* |
| Alexander Shapoval (BBO#654543)<br>    ashapoval@siprut.com<br>SIPRUT PC<br>1 Winnisimmet Street<br>Chelsea, MA 02150<br>Tel.: (617) 889-5800<br>Fax: (617) 884-3005<br><br>Joseph J. Siprut (*pro hac vice*)<br>    jsiprut@siprut.com<br>Aleksandra M.S. Vold (*pro hac vice*)<br>    avold@siprut.com<br>SIPRUT PC<br>17 North State Street, Suite 1600<br>Chicago, IL 60602<br>Tel.: (312) 236-0000<br>Fax: (312) 948-9196 | David J. Byer (BBO #544411)<br>    david.byer@klgates.com<br>Andrew C. Glass (BBO #638362)<br>    andrew.glass@klgates.com<br>Roger L. Smerage (BBO #675388)<br>    roger.smerage@klgates.com<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>Tel.: (617) 261-3100<br>Fax: (617) 261-3175 |

Dated: October 7, 2013

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

The undersigned hereby certifies that counsel for defendant Sur La Table, Inc. has conferred with counsel for Plaintiff regarding the issues presented by this Motion and has attempted in good faith to resolve or narrow the issues. Counsel for Plaintiff have indicated that they agree to the relief request in this Motion.

*/s/ Andrew C. Glass*
Andrew C. Glass

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that this **Joint Motion for Additional Enlargement of Time to Respond to Complaint** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on October 7, 2013.

                                                  */s/ Andrew C. Glass*
                                                  Andrew C. Glass