**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELIZABETH CHRISTENSEN on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SUR LA TABLE, INC.,<br><br>                    Defendant. | Civil Action No.: 1:13-cv-11357-GAO |

**NOTICE OF SETTLEMENT AND**
**REQUEST TO STAY RESPONSE DEADLINE**

Notice is hereby given that plaintiff Elizabeth Christensen, on behalf of herself and all others similarly situated ("Plaintiff"), and defendant Sur La Table, Inc. ("Sur La Table") (collectively, the "Parties") have reached an agreement in principle to settle the above-captioned matter. The Parties anticipate filing a motion for preliminary approval of class action settlement ("Motion for Preliminary Approval") on or before December 13, 2013. The deadline by which Sur La Table must answer or otherwise respond to the Complaint is currently set for November 12, 2013. Accordingly, the Parties respectfully request that the Court stay the deadline by which Sur La Table must answer or otherwise respond to the Complaint to permit the Parties to file the Motion for Preliminary Approval by December 13, 2013, and pending a ruling on the Motion and the implementation of the terms of settlement as may be set out therein.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ELIZABETH CHRISTENSEN, | SUR LA TABLE, INC., |
| By her attorneys, | By its attorneys, |
| */s/ Joseph J. Siprut* (*with permission*) | */s/ Andrew C. Glass* |
| Alexander Shapoval (BBO#654543)<br>　ashapoval@siprut.com<br>SIPRUT PC<br>1 Winnisimmet Street<br>Chelsea, MA 02150<br>Tel.: (617) 889-5800<br>Fax: (617) 884-3005<br><br>Joseph J. Siprut (*pro hac vice*)<br>　jsiprut@siprut.com<br>Aleksandra M.S. Vold (*pro hac vice*)<br>　avold@siprut.com<br>SIPRUT PC<br>17 North State Street, Suite 1600<br>Chicago, IL 60602<br>Tel.: (312) 236-0000<br>Fax: (312) 948-9196 | David J. Byer (BBO #544411)<br>　david.byer@klgates.com<br>Andrew C. Glass (BBO #638362)<br>　andrew.glass@klgates.com<br>Roger L. Smerage (BBO #675388)<br>　roger.smerage@klgates.com<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>Tel.: (617) 261-3100<br>Fax: (617) 261-3175 |

Dated: November 8, 2013

## **CERTIFICATE OF SERVICE**

  I hereby certify that this **Notice of Settlement and Request to Stay Response Deadline** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 8, 2013.

              */s/ Andrew C. Glass*
              Andrew C. Glass