**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELIZABETH CHRISTENSEN on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SUR LA TABLE, INC.,<br><br>                    Defendant. | Civil Action No.: 1:13-cv-11357-GAO |

**NOTICE OF EXECUTION OF SETTLEMENT AGREEMENT**
**AND IMMINENT MOTION FOR PRELIMINARY APPROVAL**

On November 8, 2013, plaintiff Elizabeth Christensen, on behalf of herself and all others similarly situated ("Plaintiff"), and defendant Sur La Table, Inc. ("Sur La Table"), (collectively, the "Parties") notified the Court that the Parties had reached an agreement in principle to settle the above-captioned matter and anticipated filing a motion for preliminary approval of class action settlement ("Motion for Preliminary Approval") after finalizing the provisions of a written settlement agreement.  On February 13, 2014, the Parties executed a Settlement Agreement and Release.  Per the terms of the Settlement Agreement and Release, the Parties must file the Motion for Preliminary Approval on or before February 27, 2014.  Accordingly, the Parties respectfully request that the Court stay the deadline by which Sur La Table must answer or otherwise respond to the Complaint to permit the Parties to file the Motion for Preliminary Approval by February 27, 2014, and pending a ruling on the Motion and the implementation of the terms of settlement as may be set out therein.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ELIZABETH CHRISTENSEN, | SUR LA TABLE, INC., |
| By her attorneys, | By its attorneys, |
| */s/ Joseph J. Siprut (with permission)* | */s/ Roger L. Smerage* |
| Alexander Shapoval (BBO#654543)<br>　ashapoval@siprut.com<br>SIPRUT PC<br>1 Winnisimmet Street<br>Chelsea, MA 02150<br>Tel.: (617) 889-5800<br>Fax: (617) 884-3005<br><br>Joseph J. Siprut (*pro hac vice*)<br>　jsiprut@siprut.com<br>Aleksandra M.S. Vold (*pro hac vice*)<br>　avold@siprut.com<br>SIPRUT PC<br>17 North State Street, Suite 1600<br>Chicago, IL 60602<br>Tel.: (312) 236-0000<br>Fax: (312) 948-9196 | David J. Byer (BBO #544411)<br>　david.byer@klgates.com<br>Andrew C. Glass (BBO #638362)<br>　andrew.glass@klgates.com<br>Roger L. Smerage (BBO #675388)<br>　roger.smerage@klgates.com<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>Tel.: (617) 261-3100<br>Fax: (617) 261-3175 |

Dated: February 14, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that this **Notice of Execution of Settlement Agreement and Imminent Motion for Preliminary Approval** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 14, 2014.

                                            */s/ Roger L. Smerage*
                                            Roger L. Smerage